FILED
CLERK, U.S. DISTRICT COURT
NOV 27 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Name: LEO CONO
Address: GENERAL DELIVERY
LOS ANGELES, CA 90012
Phone: N/A
Plaintiff In Pro Per   PRO/SE
NO PHONE

LEO CONO
1055 N. VIGNESS ST.
LOS ANGELES, CA 90012
Dated: 11/27/2019
Signed: Leo Cono

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEO CONO AKA CONO, ) Case No.: SACV19-2305-CBM(JDEx)
                                            ) (To be supplied by the Clerk)
PLAINTIFF,                  ) COMPLAINT FOR:
                                            )
vs.                                         ) U.S.C. §1959 VIOLENT CRIMES
                                            ) U.S.C. §1957 INTERSTATE RACKETEERING
HENRY KERNER, ET AL. ) U.S.C. §1961 - RICO
                                            )
                                            )
                                            )
                                            )
                                            ) Jury Trial Demanded
                                            )
DEFENDANT(S).         )
                                            )

## I. JURISDICTION

1. This Court has jurisdiction under "U.S.A. GOVERNMENT — DEFENDANT" AND "INTER-STATE RACKETEERING" WITH VIOLENT CRIMES (U.S.C. §1959, U.S.C. §1957, U.S.C. §1961) i.e. JURISDICTION FOR DEFENDANT HENRY KERNER IS "U.S.A. GOVERNMENT - DEFENDANT" AND "DIRECTOR"/"SPECIAL COUNSEL" OF THE USA-OFFICE OF SPECIAL COUNSEL - OSC
ADDITIONALLY, FEDERAL QUESTION IS THE JURISDICTION FOR ET.AL. "DEFENDANTS" — i.e. CAPOS/COMPADRES/CREW OF TERRORISM RACKETEERING ENTERPRISE
LED BY "HENRY KERNER"

Pro Se Clinic Form                     Page Number 1

## II. VENUE

2. Venue is proper pursuant to "U.S.A GOVERNMENT DEFENDANT, PLAINTIFF - CONO RESIDES IN LOS ANGELES, CA "ET AL. DEFENDANTS" HAVE COMMITTED "RICO" VIOLENT CRIMES & INTERSTATE RACKETEERING CRIMES. U.S.C §1959, U.S.C. §1957, U.S.C §1961 RICO NOW THEREFORE, HENRY KERNER IS A "U.S.A GOVERNMENT-DEFENDANT".

## III. PARTIES

3. Plaintiff's name is LEO CONO. Plaintiff resides at: 1055 N. VIGNESS ST., LOS ANGELES, CA 90012 LEO CONO AKA CONO IS A "VICTIM OF CRIMES" & MAFIA-RICO -TERRORISM RACKETEERING ENTERPRISE - DOMESTIC VIOLENCE. CONO IS INDIGENT/HOMELESS BECAUSE OF CRIMES COMMITTED AGAINST HIM BY HENRY KERNER, OSC, ACA, NORDIC, AND THEIR PERSONNEL.

~~4. Defendant~~

LEO CONO IS CURRENTLY A "REAL-CALIFORNIA ID & CITY OF LOS ANGELES, CA - OFFICIAL HOMELESS AND INDIGENT PERSON & VICTIM OF CRIMES COMMITTED BY HENRY KERNER & HIS STAFF. CONO USED TO BE A SUCCESSFUL MILLIONAIR COMPUTER CONSULTANT PRIOR TO CRIMES COMMITTED BY HENRY KERNER, ANTHONY D'ARIENZO, JULIE JONES

4. Defendant HENRY KERNER - SPECIAL COUNSEL/Director USA - OFFICE OF SPECIAL COUNSEL (OSC) & PERHAPS KICKBACKS RECEPIENT OWNER OF COSTA MESA, CA - NORDIC SECURITY SERVICES, AMERICAN COMMUNICATIONS ASSOCIATION, ALLIED UNIVERSAL VIA BIGAMOUS MARRIAGES & NEPOTISM. TERRORISM RACKETEERING ENTERPRISE - RICO

MARIA KA CARVALHE SIMCAE CAGLA SILVA, JOHN DESHEPRO AKA STEVEN BUSKIN TOD COOPERMAN

___. Defendant  N/A
*Insert ¶ #*

"ET AL. DEFENDANTS" TO BE NAMED LATER WITH AN "ADDENDUM DEFENDANTS LIST"

___. Defendant  N/A
*Insert ¶ #*

___. Defendant  N/A
*Insert ¶ #*

___. Defendant  N/A
*Insert ¶ #*

Pro Se Clinic Form

3

*Page Number*

## IV. STATEMENT OF FACTS

. HENRY KERNER - SPECIAL COUNSEL & DIRECTOR OF U.S.A. - OFFICE OF SPECIAL COUNSEL (OSC) HAS BECOME ROGUE & CRIMINAL. HENRY KERNER HAS DIRECTED "THE U.S.A. - OSC" TO COMMITTING CAPITAL PUNISHMENT CRIMES AND MASS MURDER FOR THE MOTIVE OF MASS GRAND LARCENY PUNISHABLE BY COURT MARTIAL - FIRING SQUAD - DEATH SENTENCE.

. NOW U.S.A. OSC IS A ROGUE, CORRUPT & CRIMINAL - FEDERAL LAW ENFORCEMENT AGENCY DUE TO HIS CRIMINAL & TERRORIST LEADERSHIP. HENRY KERNER, MAGDALENA NARBUNTOWICZ AKA JULIE JONES, MARIANA CARVALHO, SIMONE CAQUASILVA, ANTHONY D'ARIENZO, MARK D'ARIENZO, TOD COOPERMAN, JOHN DESHEPLO AKA STEVEN BUSKIN AKA STEVEN KLEIN ARE NOT ABOVE THE LAW. They ARE "DIRTY FEDERAL COPS" . COMMITTING MASS MURDER FOR GREED & GRAND LARCENY OF WEALTHY AMERICAN FAMILIES WILLS & ESTATES & ALL ASSETS & AGGRAVATED IDENTITY THEFT. HENRY KERNER WITH THE HELP OF COSTA MESA, CA - NORDIC SECURITY SERVICES, AMERICAN COMMUNICATIONS ASSOCIATION, ALLIED UNIVERSAL (PREFERRED GOVERNMENT CONTRACTORS - OSC - FBI - IRS) HIRED BEAUTIFUL PROSTITUTE ASSASINS & MASS MURDERERS & SERIAL KILLERS FROM THE COUNTRIES OF BRAZIL, MEXICO, ARGENTINA, SOUTH AMERICAN COUNTRIES, AFRICA, EASTERN EUROPE, POLAND, HUNGARY, BULGARIA, ETC. TO SEDUCE WEALTHY

1
2  AMERICAN FAMILIES. OSC IS AND WAS TARGETING
3  SINGLE MEN THAT ARE "SEPARATED" AND GOING THRU A
4  DIVORCE. OSC, ACA & NORDIC Agents/Employees/CONTRACTORS
5  ARE MURDERING AMERICAN TYCOONS AND/OR WEALTHY
6  AMERICANS ON A "MASS MURDER/GENOCIDE" SCALE.
7  OSC, ACA, & NORDIC ARE ALSO MURDERING "ENTIRE"
8  FAMILIES INCLUDING "YOUNG" - "ELEMENTARY SCHOOL"
9  AND/OR "HIGH SCHOOL" CHILDREN. THIS GENOCIDE IS FOR THE
10 MOTIVE OF "GREED" & MASS GRAND LARCENY OF VICTIMS
11 WILLS & ESTATES, PROPERTIES, AUTOMOBILES, INVESTMENT
12 ACCOUNTS, COMPANIES, ALL ASSETS, & THEIR
13 "PERSONAS", i.e. "AGGRAVATED IDENTITY THEFT",
14 CONO'S FAMILY INCLUDING EX-WIFE (KAREN THERESA CASTORINO,
15 AKA GENTILE/GAMBINO AKA others...), AND FOUR CHILDREN:
16 (KAILEY CONO, KYLE CONO, KRISTA CONO, & COLIN CONO) WERE
17 "MURDERED", FOR THE MOTIVE OF "GREED", "ABOVE-
18 THE-LAW" FEDERAL PEACE OFFICERS - "DIRTY COPS"
19 ABUSE, AND MAKING "HENRY FERNER", MARK SEIDENBERG,
20 PETER JENSEN, MAGDALENA NARBUNTOWICZ AKA JULIE JONES,
21 MARIANA CARVALHO, ANTHONY D'ARIENZO,
    MARK D'ARIENZO, SANTO GENTILE, DAVID GENTILE, JOSEPHINE
22 GENTILE, JOANN GENTILE (CARDALI), TOM BYRNES, JILLIAN
23 TELERICO, BONNIE MIZDOL, LISA VON PIER, KIM
24 & ANTHONY CURETON (BERGEN COUNTY, NJ-SHERIFF), John CARDONE (IRS)
25 Rick CARDALI, REBECCA JAMES AKA KATHERINE KING, DEBBIE KING
26 AKA DEBORAH JAMES (IRS), PAMELA LAWSON AKA KING,
27 CHAUNCEY LAWSON (OSC Investigator), DANIEL ZWILLENBERG,
28 MICHAEL JAMES, PETE DECARO, SEAN PARKER, MARK ZUCKERBERG (www.Facebook.com)
   PRISCILLA CHAN, MRS. MARYAM (DOBBS FERRY, NY), SIMONE
   CAGUA SILVA, ANNA MARIE THERESA WALKER (ANTHONY D'ARIENZO'S DAUGHTER
                                              AKA JUSTIN RAPHAEL)

DEFENDANTS AND HENRY KERNER ARE BUILDING THE "AXIS OF EVIL" ENTERPRISE VENTURE CAPITAL.

# V. CAUSES OF ACTION

DEFENDANTS ARE TRADING & BARTERING "UNEMPLOYMENT BENEFITS" IN EXCHANGE FOR DRUGS, PROSTITUTION, NEPOTISM OF JOBS, AND ENTERPRISE COLLUSION KICKBACKS.

## FIRST CAUSE OF ACTION

(WRIT OF EXECUTION, WRIT OF GARNISHMENT, WRIT OF POSSESSION, CONFISCATE & FREEZE / LIEN ON ALL HENRY KERNER & ET AL. DEFENDANTS ASSETS)
*insert title of cause of action*

(As against Defendant(s):

This is making the "NOT" traded U.S.A. DOLLAR CURRENCY GO AND BECOME "DEFAULT" BECAUSE OF U.S.A. FEDERAL GOV. BENEFITS AS PAYMENT.

Insert ¶ #: HENRY KERNER AND HIS OSC, ACA, NORDIC, ALLIED UNIVERSAL EMPLOYEES & CONTRACTORS ARE TRADING & BARTERING FEDERAL & STATE GOVERNMENT SOCIAL SERVICES BENEFITS & JOBS IN EXCHANGE FOR SEX, LIVE-BODY-ORGAN Transplants, DRUGS, PROSTITUTION, Homes/Properties, Companies AND AGGRAVATED IDENTITY THEFT PERSONAS

Insert ¶ #: "PERSONS IDS". CONO'S House LOCATED AT 326 Rock Ridge Ct., Franklin Lakes, NJ 07417 IS BEING TRESPASSED, INVADED, DAMAGED, LOOTED AND UNLAWFULLY OCCUPIED BY HENRY KERNER, OSC, ACA & NORDIC. CONO SENT A "DEMAND Letter" to HENRY KERNER & ET AL.

Insert ¶ #: DEFENDANTS AND "CEASE & DESIST" Letter TO HENRY KERNER, OSC, ACA, AND NORDIC ET AL. DEFENDANTS BUT THEY ARE IGNORING THE "CEASE & DESIST". CONO CANNOT SELL HIS Home. CONO Desperately REQUIRES EMERGENCY FINANCIAL ASSISTANCE. FURTHERMORE, HENRY KERNER, & ET AL DEFENDANTS: NICOLE D'ARIENZO, Crystal Kim, Magdalena Nowbun Towicz, Tod Cooperman UNLAWFULLY Terminated CONO'S New York State Unemployment Insurance Therefore, this is Attempted murder – i.e. Financially Suffocating

## SECOND CAUSE OF ACTION

(MOTION TO PRODUCE WILL - Jerry Loiacono Cono's father

(As against Defendant(s): John Deshepio AKA Steven Pastin aka Steven Klein )

. Magdalena NARBUNTOWICZ (CIA Agent & IRS Agent) AKA JULIE JONES IS SUPPOSED TO BE UNDER-COVER BUT INSTEAD SHE IS MAKING DEPOSITS ALL THE WAY TO THE "BANK OF POLAND" AND SHE IS A MULTI-BILLIONAIRE BECAUSE OF MASS-MURDER (Genocide) Crimes She committed For Henry Kerner & Anthony D'Arienzo. This may be a "CRIMINAL-JEWISH MAFIA" FAMILY FROM BROOKLYN, NEW YORK WITH Louis CASTORINO, Leo Gentile, Mindy (Sports-Betting Bookie) AND Julie Jones, AND HENRY KERNER ARE POLISH-Brooklyn-Jews SPYS AND Double-Agents committing TREASON AND ESPIONAGE AND TERRORISM CRIMES AGAINST "THE UNITED STATES OF AMERICA" FOR THE MOTIVE OF "AXIS-OF-EVIL" TERRORISM RACKETEERING ENTERPRISE. HENRY FERNER, KELVIN TSE (CITY NATIONAL BANK - Los Angeles Vice President), Julie Jones, MARIANA CARVALHO, Tod Cooperman, Karen Theresa Coactering, MARK D'Arienzo, Anthony D'Arienzo, Debbie King, John Cardone (IRS) ARE Attempting to murder CONO AND give His multi-million dollar Franklin Lakes, NJ AS A KICK BACK to the IRS. HENRY KERNER & ET AL. DEFENDANTS ARE in BIGAMOUS MARRIAGES WITH EACH OTHER AND SHARING JOINT BANK Accounts & PROPERTIES.

## THIRD CAUSE OF ACTION

(Motion To Produce "DEED OF HOUSE", "UTILITY BILLS"
326 Franklin Lakes, NEW JERSEY 07417 "Property Taxes Records")

(As against Defendant(s): _____)

Insert ¶ # CONO WAS PAYING $26,500/year taxes At 326 Rock Ridge Court, FRANKLIN LAKES, NJ 07417) CONO IS A Computer CONSULTANT NOW IN AN INDIGENT FINANCIAL STATE BECAUSE OF HENRY KERNER & ET. AL. DEFENDANTS CRIMES AGAINST CONO. CONO INVESTED

Insert ¶ # His Life SAVINGS into custom Building the House, 2 Time-shares, Condos, CADILLAC ESCALADE ESV, LEXUS RX 350, MERCEDES BENZ E-550 AND other Assets including musical compositions.

Insert ¶ # MARIANA CARVALHO committed Grand Larceny OF CONO's Wills & ESTATES & LIFE SAVINGS. MARIA R. LOIACONO PAID MARIANA CARVALHO $300,000 IN ACH WIRE TRANSFER FOR THIS CRIME AGAINST CONO. HENRY KERNER IS THE "BOSS" THAT ORDERED 'MARIANA CARVALHO' & 'SIMONE CAGUASILLA' & 'ANNA MARIE THERESA WALKER' TO COMMIT THESE CRIMES AGAINST CONO

8

Pro Se Clinic Form          Page Number

## FOURTH CAUSE OF ACTION

(Writ of GARNISHMENT, Writ of Attachment)
*insert title of cause of action*

(As against Defendant(s): to CONO's House at 326 Rock Ridge Court Franklin Lakes, NJ 07417 & MOTION TO "CONFISCATE" a MOTION TO PUT A "LIEN" "LEVY" "FREEZE" HENRY KERNER'S OSC, NORDIC, ACA, Allied Universal BANK ACCOUNTS & Properties

HENRY KERNER ALSO ORDERED HIS BIGAMOUS BROOKLYN-JEW-AND-POLISH SPY -Double CIA Agent - "MAGDALENA NARBUNTOWICZ" AKA "Julie Jones" To murder CONO's SON Kyle Cono, AND ALSO murder CONO's other 3 Children. Julie Jones Trespassed Nellis Air Force Base in North Las Vegas, NEVADA AND MURDERED Kyle Cono while Driving CONO's Stolen CADILLAC ESCALADE ESV. Julie Jones Accomplice is Anthony D'Arienzo. Julie Jones is ABDUCTING, kidnapping AND RAPING CONO's Step Daughter: Katelyn Carvalho. Julie Jones is on non-BAIL, A Fugitive From The Law. AND Trespassing, Looting, DAMAGING AND UnLAWFully Occupying CONO's house. The Bergen County, NJ Sheriff, Dan Zwillenberg AND From Napoletano, AND Anthony Cureton ARE Not Returning Service of Summons to (Affidavit of Service) Cono. Henry Kerner is in a Bigamous marriage with MAGDALENA NARBUNTOWICZ AKA JULIE JONES, MARIANA CARVALHO, AND SIMONE C AGUA SILVA. HENRY KERNER & ET AL. DEFENDANTS ARE USING CONO's House AS A BOARDING House / Hotel For OSC, ACA, NORDIC while CONO is FREEZING Homeless.

# VI. REQUEST FOR RELIEF

HENRY KERNER PAY LEO CONO $3.3 Billion

CONO's Computer Programming Code is running FACEBOOK.com like WINKLEVOSS TWINS $3 Billion PAIN & Suffering, Defamation of Character

**WHEREFORE, the Plaintiff requests:**

CONO IS DEMANDING PAYMENT OF THE ENTIRE AMOUNT OF Jerry LoIACONO'S WILLS & ESTATE, MUSICAL Compositions, WRONGFUL DEATH

___. CONO IS DEMANDING PAYMENT FOR HIS LOST Business Opportune

MANSION 8,500 SQUARE FOOT HOME IN FRANKLIN Lakes, NJ FROM HENRY KERNER, OSC, ACA, Nordic AND/OR ET AL Defendants

___. CONO SENT HENRY KERNER & ET AL. DEFENDANTS MULTIPLE "DEMAND Letters" & "CEASE & DESIST" AND "EMERGENCY FINANCIAL RELIEF" DEMANDS. HENRY KERNER'S ET AL Defendants

___. were Served Summons & Complaints By The Bergen County, NJ Sheriff but they are ignoring Demands AND ignoring Court HEARINGS. HENRY KERNER & ET AL. DEFENDANTS

___. THINK They ARE "ABOVE-THE-LAW" BECAUSE They Are Federal Government Peace Officers AND "Dirty Cops" AND TERRORISTS committing "Coup D'ETAT" of our USA Federal Government AND LAW ENFORCEMENT. Henry Kerner AND ET AL. Defendants Are Brooklyn-Jew CAROL GARDENS/GAMBINO CRIME FAMILIES TRAITORS AN Terrorists with Their own MAFIA. "DUE Process of Law" must Be ADJUDICATED HERE

Pro Se Clinic Form — Page Number 10

## VII. DEMAND FOR JURY TRIAL

"N/A"

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

"NO" JURY TRIAL IS REQUESTED

Dated: 11/27/19

Sign: _____

Print Name: LEO CONO

Plaintiff in pro per

CONO IS REQUESTING A TRIAL WITH A JUDGE.

"JURY TRIAL" IS "NOT" REQUESTED